IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:13-CV-232-FL

| | |
|---|---|
| DALE KITTRELL,           )<br>     Plaintiff,         )<br>                          )<br>vs.                       )<br>                          )<br>CAROLYN W. COLVIN,        )<br>Acting Commissioner of    )<br>Social Security,          )<br>     Defendant.       )<br>                          ) | ORDER |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $4,282.42, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED, this 26 day of June 2014.

_____
UNITED STATES DISTRICT COURT JUDGE